≜AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

MIDDLE  DISTRICT OF  ALABAMA

BRIAN M. CAMPBELL, Plaintiff,

V.

CIVIL AIR PATROL, Defendant.

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Case Number:  2:99-CV-00002

I, Debra P. Hackett, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action March 31, 2006, as it appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed; and that costs were taxed against the Plaintiff, Brian M. Campbell, in the amount of $3,526.48 on April 4, 1006, a true and correct copy of Bill of Costs is attached.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

November 13, 2006
Date

*Debra P. Hackett*
Clerk

*Debra M. Trayfleet*
(By) Deputy Clerk

06 - 210

FILED
NOV 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Case 2:99-cv-00002-LES-VPM   Document 226   Filed 03/31/2006   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIAN M. CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | 2:99-CV-00002 |
| | ) | |
| v. | ) | |
| | ) | |
| CIVIL AIR PATROL, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |

This matter came before the Court for trial by jury. The issues have been tried and the jury has rendered a verdict in favor of the defendant. Pursuant thereto,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the defendant, Civil Air Patrol, and against the plaintiff, Brian M. Campbell, on all causes, together with taxable costs of this action.

DATED this 31st day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

Case 2:99-cv-00002-LES-VPM   Document 228   Filed 04/04/2006   Page 1 of 1

## BILL OF COSTS

| United States District Court | DISTRICT<br>MIDDLE DISTRICT OF ALABAMA |
|---|---|
| BRIAN M. CAMPBELL,<br><br>v.<br><br>CIVIL AIR PATROL. | DOCKET NO.<br>2:99-cv-000002-LES |
| | MAGISTRATE CASE NO |

Judgment having been entered in the above entitled action on March 31st, 2006 against Brian M. Campbell, Plaintiff, the clerk is requested to tax the following as costs:

### BILL OF COSTS

| | |
|---|---:|
| Fees of the clerk ................................................................. $ | |
| Fees for service of summons and complaint ........................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ............................................................ | 363.00 |
| Fees and disbursements for printing ................................................... | |
| Fees for witnesses (itemized on reverse side) ........................................ | 173.90 |
| Fees for exemplification and copies of papers necessarily obtained for use in case ............................................................................. | 203.78 |
| Docket fees under 28 U.S.C. § 1923 ................................................... | |
| Costs incident to taking of depositions ............................................... | 2,628.30 |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Other costs (Please itemize) - MidSouth Legal Svcs. (Service of subpoena - P. Albano) | 60.00 |
| Higgins Investigations (Service of subpoena - R. Brooks) | 97.50 |
| TOTAL   $ | $3,526.48 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. Briefs should also be submitted supporting the necessity of the requested costs and citing cases supporting taxation of those costs.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

SIGNATURE OF ATTORNEY _____

FOR: Defendant, Civil Air Patrol                                                                 DATE April 3, 2006
Name of claiming party

| Please take notice that I will appear before the clerk who will tax said costs on the following day and time: | DATE AND TIME |
|---|---|
| Costs are hereby taxed in the following amount and included in the judgment: | AMOUNT TAXED<br>$ 3,526.48 |
| CLERK OF COURT<br><br>Debra P. Hackett | (BY)<br>DEPUTY<br>CLERK | DATE<br>April 4, 2006 |

WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)