**LEHR MIDDLEBROOKS & VREELAND**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

2021 THIRD AVENUE NORTH
REPLY TO: P.O. BOX 11945
BIRMINGHAM, ALABAMA 35202-1945
205 326-3002
FACSIMILE: 205 326-3008

BRIDGET D. ROPER
DIRECT DIAL: 205 226-7123

DECATUR OFFICE
256 308-2767

November 20, 2006

Clerk of District Court
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

U. S. DISTRICT COURT - DE
MISC. CASE # 06-210

06 - 210

RE:   Brian M. Campbell v. Civil Air Patrol

Dear Clerk:

    Enclosed please find the original, a copy and a floppy with the documents in PDF format. The following documents are included:

1. Certificate of Judgment for Registration in Another District
2. Request for Issuance
3. Application for Writ of Garnishment
4. Writ of Garnishment

    I am also enclosing a check in the amount of $39.00 for a Miscellaneous Case Filing Fee. It is my understanding that a tracking number will be assigned to this case in order for the Defendant to attempt to collect upon a judgment which was filed against the Plaintiff in the United States District Court, for the Middle District of Alabama, Northern Division.

    I have also enclosed one self-addressed, stamped envelope and request that you return the copy to me marked "filed." Once I have received a file-stamped copy of the above-referenced documents, I will contact the U.S. Marshall's office about serving the Garnishment upon the Plaintiff and his employer.

**LEHR MIDDLEBROOKS
& VREELAND**
A PROFESSIONAL CORPORATION

Clerk of District Court
November 20, 2006
Page 2

  Thank you for your assistance in this matter. Please do not hesitate to contact me if I can be of further assistance, or if the enclosed does not meet your standards.

            Sincerely,

            Bridget D. Roper
            Legal Assistant

Enclosures
166147.doc