IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN M. CAMPBELL,            )<br>                              )<br>       Plaintiff,             )<br>                              )   CIVIL ACTION NUMBER<br>v.                            )   2:99-cv-000002-LES<br>                              )<br>CIVIL AIR PATROL,             )<br>                              )<br>       Defendant.             ) | |

### REQUEST FOR ISSUANCE

Comes now the Defendant in the above referenced matter and respectfully requests that this court issue and/or serve the Writ of Garnishment filed contemporaneously herewith on the Garnishee JP Morgan Chase and on the Plaintiff, Brian M. Campbell.

Respectfully Submitted,

_____
David J. Middlebrooks ASB 8553-D58D
Sally B. Waudby ASB-4704-W84S

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid:

> Jay Lewis, Esq.
> Law Offices of Jay Lewis, LLC
> P. O. Box 5059
> Montgomery, AL 36103

This the 20TH day of ~~October~~ November, 2006.

_____
OF COUNSEL

166008.doc