IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRIAN M. CAMPBELL,                          )
                                            )
        Plaintiff,                          )
                                            )      CIVIL ACTION NUMBER:
v.                                          )      2:99-cv-000002-LES 0 6 - 2 1 0
                                            )
CIVIL AIR PATROL,                           )
                                            )
        Defendant.                          )

FILED

NOV 2 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WRIT OF GARNISHMENT

This Process of Garnishment served on you, the GARNISHEE, J.P. Morgan Chase, and a copy has been served on Plaintiff, Brian M. Campbell.

**NOTICE TO PLAINTIFF:**   READ THE IMPORTANT INFORMATION REGARDING YOUR RIGHTS.

**NOTICE TO GARNISHEE:**   YOU ARE THE GARNISHEE IN THE ABOVE ACTION.

You must complete and file the enclosed Answer form within thirty (30) days from service of process.  If you fail to file an Answer, the Defendant can proceed for judgment against you in the amount of the claim, plus costs.  Mailing the **Notarized Answer Form** to the Court at the address below constitutes making proper appearance in the Court. **YOU MUST ANSWER:**

1. Whether you are or were indebted to the Plaintiff at the time you received this process, or when you make your answer, or during the intervening time, or
2. Whether you will be indebted to the Plaintiff in the further by existing contract or
3. Whether by existing contract you are liable to the Plaintiff for the delivery of personal property or for the payment of money or
4. Whether you have in your possession or control, money or effects belonging to the Plaintiff.

You are commanded to retain the amount indicated above wages, salary or other

compensation due or which will become due to the Plaintiff for such period of time as is

necessary to accumulate the sum of $3,526.48. You are required, after a period of

thirty (30) days from the first retention of any sums from the Plaintiff's wages, salary, or

other compensation, to begin paying the moneys withheld into the Court as they are

deducted or withheld and continue to do so on a monthly or more frequent basis until

the full amount is withheld. If employment of the Plaintiff is terminated BEFORE the

sum is accumulated, you are required by law to report the termination and pay into the

Court within fifteen (15) days AFTER termination, all sums withheld in compliance with

this garnishment. If you have in your possession, control or custody property or money

belonging to the Plaintiff, which is NOT wages, salary or other compensation, you are

further commanded to hold said property or money subject to the order of this Court.

DATE ISSUED: _January 31, 2007_

_Dr. Peter T. Dalleo_                    By: _Mane McDavid_
Clerk                                         Deputy Clerk
Address:    _844 N. King St._
_Wilmington DE 19801_

**Method of Service**

This process was executed by serving a copy on J.P. Morgan Chase (Garnishee)

by certified mail on _____ (Date).

Service  on  _____    on  _____

(Date), by _____ , Title _____ .



CERTIFIED: 1/31/07
AS A TRUE COPY:
    ATTEST:
PETER T. DALLEO, CLERK
BY _Paul Wall_
    )Deputy Clerk

2